Robert Henry
C/o 1005 River Rd
Mosinee, Wisconsin
Ph: 715-660-1811

FILED / REC'D

2023 SEP -6  AM 12: 13

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

In The Federal United States
District Court For The Western
District of Wisconsin.

Case #23, CU613JDP

Motion To Seal

I, Robert Henry, known as claimant
request to have this matter sealed as
private.

Sep. 6, 2023

Robert Henry

Robert Henry